IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| MARK CLIFF SCHWARZER, (TDCJ-CID #1433741) Plaintiff, vs. DALE WAINWRIGHT, et al., Defendants. | § § § § § § § § § § CIVIL ACTION V-18-0029 |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Victoria, Texas, on December 6, 2018.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE