United States District Court
Southern District of Texas
**ENTERED**
September 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| MARK CLIFF SCHWARZER, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 6:18-cv-00029 |
| BOBBY LUMPKIN; TRAVIS WHITE; and PATRICK O'DANIEL, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the February 2, 2021 Memorandum and Recommendation ("M&R") signed by Magistrate Judge Jason B. Libby. (Dkt. No. 27). In the M&R, Magistrate Judge Libby recommends that the Court deny Defendant Bobby Lumpkin's Motion to Dismiss Pursuant to Rule 12(b)(1) because *pro se* Plaintiff Mark Cliff Schwarzer's allegations are sufficient to show standing. (Dkt. No. 20).

The Parties were provided proper notice and the opportunity to object to M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party has objected.[1] As a result, review is straightforward: plain error.[2] *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).

---

[1] After Magistrate Judge Libby signed this M&R, Schwarzer subsequently filed "objections." (Dkt. No. 31). Those objections, however, appeal Magistrate Judge Libby's non-dispositive order. *See* (Dkt. No. 28). No party has objected to the instant M&R.

[2] By contrast, when a "district court undertakes an independent review of the record," the "review is de novo, despite any lack of objection." *Alexander v. Verizon Wireless Services, L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017).

No plain error appears. Accordingly, the Court **ACCEPTS** the M&R as the Court's Memorandum Opinion and Order. The Court **DENIES** Defendant Bobby Lumpkin's Motion to Dismiss.

It is SO ORDERED.

Signed on September 28, 2021.

*Drew B. Tipton*
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**